UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN/JANE DOES 1–3,<br><br>Defendants. | No. 19-1911<br><br>RULE 7.1. CORPORATE DISCLOSURE STATEMENT |

Plaintiff submits this statement pursuant to Federal Rule of Civil Procedure 7.1. The Pokémon Company International, Inc. is a wholly-owned subsidiary of The Pokémon Company in Japan. No publicly held company owns 10% or more of its stock.

RULE 7.1. CORPORATE DISCLOSURE STATEMENT
(No. 19-1911 ) – 1

146329506.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this 22nd day of November, 2019.

s/*Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

Attorneys for Plaintiff
The Pokémon Company International, Inc.

RULE 7.1. CORPORATE
DISCLOSURE STATEMENT
(No. 19-1911 )– 2

146329506.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000