THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>                      Plaintiff,<br><br>     v.<br><br>JOHN/JANE DOES 1–3,<br><br>                      Defendants. | No. 2:19-cv-1911<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |

[PROPOSED] ORDER
(No. 2:19-cv-1911) – 1

146437536.1

1 **[PROPOSED] ORDER**

2   Before the Court is Plaintiff The Pokémon Company International, Inc.'s ("TPCi") *Ex Parte* Motion for Expedited Discovery.  Having considered TPCi's Motion and all other pleadings and papers on file in this matter, this Court hereby GRANTS the Motion.  TPCi may serve subpoenas on Discord, 4chan, and DimensioNz#3307 before the Parties' Federal Rule of Civil Procedure 26(f) conference.

   **IT IS SO ORDERED.**

   Dated this ___ day of November, 2019.

   _____
   United States District Judge

Presented by,

s/*Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

Attorneys for Plaintiff
The Pokémon Company International, Inc.