THE HONORABLE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC. a Delaware corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>JANE/JOHN DOES 1–3,<br><br>               Defendants. | No. 2:19-cv-1911<br><br>DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff The Pokémon Company International, Inc. ("TPCi"). I submit this declaration in support of TPCi's Ex Parte Motion for Expedited Discovery. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. The websites and internet forums Defendants used to leak the images of the Pokémon Sword and Pokémon Shield Strategy Guide (the "Strategy Guide") were investigated at my direction.

DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION (No. 2:19-cv-1911) –1
146377452.7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. Searches were performed to identify the online locations where the leaked images were posted. This process identified over 300 unique URLs. Takedown requests were sent to the platforms that hosted this content.

4. In addition to legal counsel, TPCi hired outside forensic investigators to assist in its search for the source of the leaks.

5. Multiple online locations were searched including the r/SwShLeaks subreddit, 4chan and Discord. This included, among other things, analyzing the comments for multiple posts, analyzing posts from the individuals posting the photographs, and investigating other posts discussing the leaks. No name, email address, or location for the individual who took the original photographs was found.

6. Attached as Exhibit 1 is a true and correct copy of a screenshot captured from 4chan. Post No. 40643262 identified a Discord server ("PokeJungle") and two Discord usernames ("WolfenX" and "Pklk") associated with the Strategy Guide leaks.

7. A review by the team of the PokeJungle Discord server led to another Discord server, "r/Pokemon" and a channel within r/Pokemon, #pokemon_leaks.

8. Attached hereto as Exhibits 2–4 are true and correct copies of screenshots taken from the #pokemon_leaks channel showing posts from users WolfenX#5356 and DimensioNz#3307.

9. Attached hereto as Exhibits 5–6 are true and correct copies of screenshots taken from the #pokemon_leaks channel showing posts from user WolfenX#5356.

10. Multiple searches were performed to identify the individual behind the WolfenX#5356 user name. To date, those searches have not uncovered information leading to the identity of WolfenX#5356.

11. Searches were also performed to uncover the identity of DimensioNz#3307. Those searches identified DimensioNz#3307 as a man living in Milwaukee, Wisconsin.

DECLARATION OF HOLLY M. SIMPKINS
IN SUPPORT OF PLAINTIFF'S EX PARTE
MOTION (No. 2:19-cv-1911) –2
146377452.7

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  Attached hereto as Exhibit 7 is a true and correct copy of a screenshot of DimensioNz#3307's Discord profile.

12. Searches were also performed to uncover the identity of Uxinator#3307. Attached hereto as Exhibit 8 are true and correct copies of screenshots of Uxinator#3307's Discord profile and a Twitch account possibly belonging to Uxinator#3307.

13. Attached hereto as Exhibits 9–11 are the Exhibit As to the subpoenas that TPCi seeks permission to serve on Discord, 4chan and DimensioNz#3307.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 22nd day of November, 2019.

*/s/ Holly M. Simpkins*
Holly M. Simpkins

DECLARATION OF HOLLY M. SIMPKINS
IN SUPPORT OF PLAINTIFF'S EX PARTE
MOTION (No. 2:19-cv-1911) –3
146377452.7

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000