# Exhibit 1



**Anonymous** Sat 02 Nov 2019 03:10:06 No.40643073
>>40642887
fuck off

**Anonymous** Sat 02 Nov 2019 03:10:26 No.40643073   Report
Quoted By: >>40643101
>>40642027
Give the fucking wabbit evols now

**Anonymous** Sat 02 Nov 2019 03:10:43 No.40643090   Report
>>40642669
>Garbordor goes straight up Katamari
I can dig it

**Anonymous** Sat 02 Nov 2019 03:10:57 No.40643101   Report
Quoted By: >>40643262
>>40643073
its a larper getting it off twitter, he doesnt have the scorbunny evo

View Same  Google  ImgOps  iqdb  SauceNAO  ⬇ you.png, 177KiB, 434x436
**Anonymous** Sat 02 Nov 2019 03:14:14 No.40643262   Report
Quoted By: >>40643332 >>40644197
>>40643101
WolfenX & Pklk
pokejungle discord
:^V im just a dirty larper

View Same  Google  ImgOps  iqdb  SauceNAO  ⬇ eat.assss.png, 747KiB, 893x666
**Anonymous** Sat 02 Nov 2019 03:15:19 No.40643332   Report
>>40643262
heres another thing

View Same  Google  ImgOps  iqdb  SauceNAO  ⬇ Come on.png, 29KiB, 880x232
**Anonymous** Sat 02 Nov 2019 03:16:01 No.40643383   Report
Quoted By: >>40643437
>Doesn't even provide source
Why nowadays everyone has to be an attention whore ?

**Anonymous** Sat 02 Nov 2019 03:16:58 No.40643437   Report
Quoted By: >>40643522
>>40643383
timestamp dumbass

View Same  Google  ImgOps  iqdb  SauceNAO  ⬇ ElVkKQeXkAE_UPU.jpg, 81KiB, 683x910
**Anonymous** Sat 02 Nov 2019 03:18:06 No.40643507   Report

**Anonymous** Sat 02 Nov 2019 03:18:27 No.40643522   Report
Quoted By: >>40643944
>>40643437
https://twitter.com/The_Devious/status/1190463666665033728

**Anonymous** Sat 02 Nov 2019 03:25:42 No.40643944   Report
>>40643522
probably in the same discord. there are 14000 in the discord. 8000 online. will screenshot if necessary.

**Anonymous** Sat 02 Nov 2019 03:26:24 No.40643981   Report
Quoted By: >>40644093 >>40644217
Why's he being such a fag about the rabbit?

View Same  Google  ImgOps  iqdb  SauceNAO  ⬇ Mad13.png, 90KiB, 383x244
**Anonymous** Sat 02 Nov 2019 03:28:10 No.40644075   Report
>still no Rabbit evo

**Anonymous** Sat 02 Nov 2019 03:28:32 No.40644093   Report
>>40643981

# Exhibit 2



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640014909584834590
Capture timestamp (UTC): Tue, 19 Nov 2019 23:25:52 GMT
Page 1 of 1

# Exhibit 3

This is an unclaimed account. Claim it before it's lost. **Claim Account**

Case 2:19-cv-01911   Document 4-1   Filed 11/22/19   Page 6 of 30



r/Pokemon



r/Pokèmon

# rules
# announcements
# affiliated_servers
# server_help

**EVENTS**
# sweet_n_sour
# 20_million_trees
# drawtumn-chat
# pokemon_leaks

**GENERAL**
# general_chat
# off_topic
# bot_spam
# arts_and_crafts
# self_promo

**FRANCHISE**
# pokemon_gaming
# pokemon_go_series
# gaming_chat

Try setting a custom status!

REDACTED

---

# pokemon_leaks   Please ping Franchise Moderators ( @Franchise Moderator ) for help on this channel. Discuss suspected leaks and spoil...

including on his leg

**WolfenX** 11/01/2019
Im a noob at this

**Sophie** 11/01/2019
By copying and pasting?

**DimensioNz** 11/01/2019
is it a discord image @WolfenX

**free** 11/01/2019
Pm it to comeone with a green name

**WolfenX** 11/01/2019
Whats a discord image? I have it on my phone lol

**FreeFGP** 11/01/2019
Mega metagross but it's actually machamp  with more arms

**Merpire** 11/01/2019
What are you trying to post? Did you check the pinned messages to make sure it's not old info? (edited)

**DimensioNz** 11/01/2019
dm it to me @WolfenX

You're Viewing Older Messages   Jump To Present ⌄

⚠ You must claim and verify your account before you can send messages in this server.   **Claim Account**

Slowmode is enabled. ⏱

---

from: WolfenX#5356

582 Results   **Newest**   Oldest   Most Relevant

**SanDee** 11/01/2019
Where's Indonesia

**GrizzBear** 11/01/2019
It's 9am in Indonesia

**WolfenX** 11/01/2019
Sorry guys, sobble looke lame

**WolfenX** 11/01/2019
But they r 100% real

**WolfenX** 11/01/2019
Umm

**WolfenX** 11/01/2019
The evos are real

**GrizzBear** 11/01/2019
It's 9am in Indonesia

**SanDee** 11/01/2019
:O

**Wooloo** 11/01/2019
YEAH, grookey 3's hair shading is yiKES

**WolfenX** 11/01/2019
Umm

**WolfenX** 11/01/2019
The evos are real

**GrizzBear** 11/01/2019
It's 9am in Indonesia

Exhibit 4

This is an unclaimed account. Claim it before it's lost. **Claim Account**

Case 2:19-cv-01911    Document 4-1    Filed 11/22/19    Page 8 of 30

    

**r/Pokemon**

r/Pokèmon

**# pokemon_leaks**    Please ping Franchise Moderators ( @Franchise Moderator ) for help on this channel. Discuss suspected leaks and spoil...

from: WolfenX#5356

582 Results    **Newest**    Oldest    Most Relevant

# rules
# announcements
# affiliated_servers
# server_help

**EVENTS**
# sweet_n_sour
# 20_million_trees
# drawtumn-chat
# pokemon_leaks

**GENERAL**
# general_chat
# off_topic
# bot_spam
# arts_and_crafts
# self_promo

**FRANCHISE**
# pokemon_gaming
# pokemon_go_series
# gaming_chat

**Lanth** 11/01/2019
could wake up any hour now

**WolfenX** 11/01/2019
Oh its not letting me upload images

**Sophie** 11/01/2019
Purrzerker does look really similar to methhead meowth tho

**FreeFGP** 11/01/2019
@Sophie but those two look very similar tho
Yeah

**WolfenX** 11/01/2019
Im new to discord lol

**DimensioNz** 11/01/2019
u have to post a link @WolfenX

**WolfenX** 11/01/2019
Ugh
One sec

**Merpire** 11/01/2019
They only ones that are legit is the foxes, 2nd evos, purple dinosaur and teapot elephant

You're Viewing Older Messages    Jump To Present ⌄

**SanDee** 11/01/2019
Where's Indonesia

**GrizzBear** 11/01/2019
It's 9am in Indonesia

**WolfenX** 11/01/2019
Sorry guys, sobble looke lame

**WolfenX** 11/01/2019
But they r 100% real

**WolfenX** 11/01/2019
Umm

**WolfenX** 11/01/2019
The evos are real

**GrizzBear** 11/01/2019
It's 9am in Indonesia

**SanDee** 11/01/2019
:0

**Wooloo** 11/01/2019
YEAH, grookey 3's hair shading is yiKES

**WolfenX** 11/01/2019
Umm

**WolfenX** 11/01/2019
The evos are real

**GrizzBear** 11/01/2019
It's 9am in Indonesia

Try setting a custom status!
REDACTED

You must claim and verify your account before you can send messages in this server.    **Claim Account**

Slowmode is enabled.

# Exhibit 5



**DimensioNz** 01-Nov-19 11:21 PM
well wolfen is the only one leaking currently

**Laneyun1465** 01-Nov-19 11:21 PM
Whoever post on Twitter, plz remov Wolfen name.

**YesPlume** 01-Nov-19 11:21 PM
That squid gal needs attention, well atleast in this gen

**CindyTheDeer** 01-Nov-19 11:21 PM

**WolfenX** 01-Nov-19 11:21 PM
My name on twitter?

Waiting for available socket...



**WolfenX** 01-Nov-19 11:21 PM
My name on twitter?

**YesPlume** 01-Nov-19 11:21 PM
Woah

**WolfenX** 01-Nov-19 11:21 PM
:(

**Shimon** 01-Nov-19 11:21 PM
What kind of name is cindrance anyway? A combination of cinder and hinderance?

**free** 01-Nov-19 11:21 PM
No one can track u down from ur name

**Lanth** 01-Nov-19 11:21 PM
its cinderace

**DimensioNz** 01-Nov-19 11:21 PM
nah it's not

**Wooloo** 01-Nov-19 11:21 PM
Race as in the bunny tortoise race

**DankDecidueye** 01-Nov-19 11:21 PM
no it's like

**WolfenX** 01-Nov-19 11:21 PM
My source can

**JustAGuy** 01-Nov-19 11:21 PM
https://is2.4chan.org/vp/1572664458244.png

# Exhibit 6



# Exhibit 7



REDACTED

Document title: #pokemon_swsh
Capture URL: https://discordapp.com/channels/111504456838819840/645814626612936705/646627390461837350
Capture timestamp (UTC): Thu, 21 Nov 2019 16:24:02 GMT

Page 1 of 1

Exhibit 8



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456388819840/492620227281158144/640013155980017689
Capture timestamp (UTC): Thu, 21 Nov 2019 16:19:13 GMT
Page 1 of 1



Document title: Uxinator - Twitch
Capture URL: https://www.twitch.tv/uxinator
Capture timestamp (UTC): Thu, 21 Nov 2019 16:20:17 GMT

# Exhibit 9

## EXHIBIT A

1.      All basic subscriber information for the Discord user account WolfenX#5356, including the account holder's name; physical address; email address; secondary or recovery email address; records of session times and duration including logs of IP addresses; length of service including the account start date; and any other subscriber number or identity including any temporarily assigned network address.

2.      All basic subscriber information for the Discord user account Uxinator#3307, including the account holder's name; physical address; email address; secondary or recovery email address; records of session times and duration including logs of IP addresses; length of service including the account start date; and any other subscriber number or identity including any temporarily assigned network address.

3.      All basic subscriber information for the Discord user account DimensioNz#3307, including the account holder's name; physical address; email address; secondary or recovery email address; records of session times and duration including logs of IP addresses; length of service including the account start date; and any other subscriber number or identity including any temporarily assigned network address.

# Exhibit 10

## EXHIBIT A

1.      All identifying user information about post number 40641759 (UTC Time Stamp: 2019-11-02, 02:44:00), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



2.      All identifying user information about post number 40641813 (UTC Time Stamp: 2019-11-02, 02:45:32), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



3.      All identifying user information about post number 40642005 (UTC Time Stamp: 2019-11-02, 02:49:35), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



4.      All identifying user information about post number 40642529 (UTC Time Stamp: 2019-11-02, 03:01:02), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



5.      All identifying user information about post number 40642669 (UTC Time Stamp: 2019-11-02, 03:03:21), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



6.      All identifying user information about post number 40643332 (UTC Time Stamp: 2019-11-02, 03:15:19), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP

addresses; and any other user number or identity including any temporarily assigned network address.



7.      All identifying user information about post number 40644217 (UTC Time Stamp: 2019-11-02, 03:30:34), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



8.      All identifying user information about post number 40644694 (UTC Time Stamp: 2019-11-02, 03:38:11), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



9.     All identifying user information about post number 40644968 (UTC Time Stamp: 2019-11-02, 03:42:16), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



10.    All identifying user information about post number 40645361 (UTC Time Stamp: 2019-11-02, 03:47:34), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



11.    All identifying user information about post number 40645624 (UTC Time Stamp: 2019-11-02, 03:51:39), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



12.     All identifying user information about post number 40645982 (UTC Time Stamp: 2019-11-02, 03:57:21), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



13.     All identifying user information about post number 40646991 (UTC Time Stamp: 2019-11-02, 04:11:12), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



14.     All identifying user information about post number 40647902 (UTC Time Stamp: 2019-11-02, 04:23:04), shown below, including the poster's name; IP address; IP location;

physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



15.     All identifying user information about post number 40661817 (UTC Time Stamp: 2019-11-02, 15:03:10), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



16.     All identifying user information about post number 40665761 (UTC Time Stamp: 2019-11-02, 17:15:38), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



17.     All identifying user information about post number 40666488 (UTC Time Stamp: 2019-11-02, 17:35:03), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



18.     All identifying user information about post number 40667462 (UTC Time Stamp: 2019-11-02, 18:01:16), shown below, including the poster's name; IP address; IP location; physical address; email address; records of session times and duration including logs of IP addresses; and any other user number or identity including any temporarily assigned network address.



146435134.2

# Exhibit 11

## <u>EXHIBIT A</u>

1.      Any information that would lead to the identity of Discord user WolfenX#5356, including, but not limited to, the user's real name; physical address; and email address.

2.      All Discord direct messages between you and WolfenX#5356.

3.      All Discord direct messages between you and Uxinator#3307.

4.      All photographs, pictures, images, screenshots or other media sent to you by WolfenX#5356, in their original format, including any and all information regarding the computer file and attached metadata.

5.      All communications between you and the person using the WolfenX#5356 user name on Discord.

6.      All communications between you and the person using the Uxinator#3307 user name on Discord.

146438378.1