UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKEMON COMPANY INTERNATIONAL INC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN/JANE DOES 1-3, <br><br> Defendants. | CASE NO. C19-1911 MJP <br><br> ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY |

Before the Court is Plaintiff The Pokémon Company International, Inc.'s ("TPCi") *Ex Parte* Motion for Expedited Discovery. Having considered TPCi's Motion and all other pleadings and papers on file in this matter, this Court hereby GRANTS the Motion. TPCi may serve subpoenas on Discord, 4chan, and DimensioNz#3307 before the Parties' Federal Rule of Civil Procedure 26(f) conference.

//

//

//

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated December 10, 2019.

*[signature]*

Marsha J. Pechman
United States District Judge