| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN/JANE DOES 1–3,<br><br>Defendants. | Case No. 2:19-cv—01911-MJP<br><br>NOTICE OF APPEARANCE, and<br><br>DECLARATION OF SERVICE<br><br>*(Clerk's Action Required)* |

TO:        The Clerk of the Court; and

TO:        THE POKÉMON COMPANY INTERNATIONAL, INC.

AND TO:    Holly M. Simpkins, Lauren Watts Staniar, Jacob P. Dini, and Perkins Coie LLP, its attorneys of record:

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Christine L. Bauman, of Bauman & Wolf, PLLC, hereby appears for Mitchell White, a possible un-named John Doe, without waiving objection as to improper service or jurisdiction, and requests that all further pleadings and papers, EXCEPT ORIGINAL PROCESS, be served upon said attorney at the address below stated.

Notice of Appearance - 1

Bauman & Wolf, PLLC
811 First Avenue, Suite 350
Seattle, Washington  98104
Phone:    (206) 264-4577

1 DATED this 17th day of January 2020.

BAUMAN & WOLF, PLLC

By: s/Christine L. Bauman
  Christine L. Bauman WSBA #26410
  Attorney for Mitchell White
  811 First Avenue, Suite 350
  Seattle, WA 98104
  Email: cbecia@wolflaw.us
  Tel: 206.264.4577

**CERTIFICATE OF SERVICE**

  I, Christine L. Bauman, hereby certify under penalty of perjury, under the laws of Washington State that on January 17, 2020 I caused the foregoing Notice of Appearance and Declaration of Service to be: X electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiff:**

Holly M. Simpkins,
Lauren Watts Staniar,
Jacob P. Dini
Perkins Coie LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel: 206.359.8000
Email: HSimpkins@perkinscoie.com;
Email: LStaniar@perkinscoie.com; and
Email: JDini@perkinscoie.com

DATED: January 17, 2020 in Seattle, WA.

By: __s/Christine L. Becia__
  Christine L. Becia, WSBA 26410
  Bauman & Wolf, PLLC
  Attorneys for Mitchell White

Notice of Appearance - 2

**Bauman & Wolf, PLLC**
**811 First Avenue, Suite 350**
**Seattle, Washington 98104**
**Phone: (206) 264-4577**