THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JANE/JOHN DOES 1–3,<br><br>Defendants. | No. 2:19-cv-1911<br><br>DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR ADDITIONAL DISCOVERY |

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff The Pokémon Company International, Inc. ("TPCi"). I submit this declaration in support of TPCi's *Ex Parte* Motion for Additional Discovery. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. On December 11, 2019, TPCi sent subpoenas for service on Discord, DimensioNz#3307, and 4chan. TPCi has received a response to each subpoena. TPCi does not have sufficient information to definitively identify WolfenX or Uxinator.

SIMPKINS DECL. ISO PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY (No. 2:19-cv-1911) –1
146911532.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. We attempted to examine the metadata associated with the leaked images sent by WolfenX in Discord (which may have included geolocation tags), but the metadata had been stripped from the images.

4. Nine unique IP addresses were received from Discord that were used by Discord user WolfenX. Using a reverse WhoIs lookup tool, the ISP and geolocation associated with each IP address were identified. Seven of the nine IP addresses ping to cities in the Tampa, Florida area. These seven IP addresses accounted for the vast majority of the logins by WolfenX provided in Discord's subpoena response. The seven IP addresses are associated with Charter Communications Inc. and Verizon Wireless.

| IP Address | ISP |
| --- | --- |
| 173.171.10.101 | Charter Communications Inc. |
| 173.171.8.90 | Charter Communications Inc. |
| 72.184.21.60 | Charter Communications Inc. |
| 174.250.224.120 | Verizon Wireless |
| 174.250.224.174 | Verizon Wireless |
| 174.250.240.83 | Verizon Wireless |
| 174.253.161.92 | Verizon Wireless |

5. TPCi received eighteen unique IP addresses from Discord that were used by Discord user Uxinator#3307. Using a reverse WhoIs lookup tool, the ISP and geolocation associated with each IP address were identified. Each of the IP addresses was geolocated to a city in Florida. These records show that Uxinator logged into Discord hundreds of times, and that the two most frequently used IP addresses ping to Lutz, Florida and are associated with Charter Communications Inc.:

| IP Address | ISP |
| --- | --- |
| 35.138.196.255 | Charter Communications Inc. |
| 35.138.208.113 | Charter Communications Inc. |

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION FOR ADDITIONAL
DISCOVERY (No. 2:19-cv-1911) –2
146911532.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

6. TPCi also learned that WolfenX's Discord account is associated with the ripthereaper117@gmail.com email address and that Uxinator's Discord account is associated with the jr20836@gmail.com email address.

7. Attached hereto as Exhibits A, B and C are copies of the substantive components of the subpoenas to Charter Communications Inc., Verizon Wireless, and Google respectively.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Seattle, Washington this 21st day of January, 2020.

*s/ Holly M. Simpkins*
Holly M. Simpkins

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION FOR ADDITIONAL
DISCOVERY (No. 2:19-cv-1911) –3
146911532.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# Exhibit A

## **EXHIBIT A**

1. All documents sufficient to identify a name, physical address, telephone number, email address, and any other personal identifying information for; type of device used for access; and transaction logs involving the subscriber associated with the following IP addresses at the listed dates and times:

| IP Address | Date & Time (UTC) |
|---|---|
| 173.171.10.101 | 2019-10-22 22:01:54 |
|  | 2019-10-22 01:40:36 |
|  | 2019-10-22 00:03:44 |
|  | 2019-10-14 15:20:39 |
|  | 2019-10-01 15:46:03 |
|  | 2019-09-27 11:58:34 |
| 173.171.8.90 | 2019-09-23 01:04:06 |
|  | 2019-09-06 18:03:46 |
|  | 2019-08-25 15:41:50 |
|  | 2019-08-24 22:28:09 |
|  | 2019-08-22 16:07:15 |
|  | 2019-08-22 00:53:37 |
|  | 2019-08-22 00:48:12 |
|  | 2019-08-22 00:38:20 |
|  | 2019-08-22 00:35:09 |
|  | 2019-08-22 00:30:20 |
|  | 2019-08-22 00:25:31 |
|  | 2019-08-22 00:20:30 |
|  | 2019-08-21 23:47:13 |

- 2 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-08-21 23:42:46 |
| | 2019-08-21 23:39:58 |
| | 2019-08-21 23:36:25 |
| | 2019-08-21 23:34:16 |
| | 2019-08-21 23:29:55 |
| | 2019-08-21 23:25:24 |
| | 2019-08-21 23:14:01 |
| | 2019-08-21 23:06:35 |
| | 2019-08-21 22:42:19 |
| | 2019-08-19 20:05:08 |
| | 2019-08-17 22:41:49 |
| | 2019-08-17 21:08:42 |
| | 2019-08-16 23:35:00 |
| | 2019-08-16 18:18:18 |
| | 2019-08-16 15:16:25 |
| | 2019-08-15 23:24:39 |
| | 2019-08-15 22:10:18 |
| | 2019-08-15 20:30:56 |
| | 2019-08-15 19:41:58 |
| | 2019-08-15 19:35:38 |
| | 2019-08-15 19:31:40 |
| | 2019-08-15 19:26:20 |
| | 2019-08-15 19:23:03 |
| | 2019-08-15 19:20:00 |

- 3 -

| IP Address | Date & Time (UTC) |
|---|---|
|  | 2019-08-15 19:11:48 |
|  | 2019-08-15 19:04:00 |
|  | 2019-08-15 16:56:23 |
|  | 2019-08-15 16:48:43 |
|  | 2019-08-15 16:43:08 |
|  | 2019-08-15 16:24:29 |
|  | 2019-07-30 12:36:10 |
|  | 2019-07-28 22:31:51 |
|  | 2019-07-26 19:10:54 |
|  | 2019-07-25 02:38:42 |
|  | 2019-07-19 02:25:58 |
|  | 2019-07-18 01:25:30 |
|  | 2019-07-17 00:01:51 |
|  | 2019-07-16 23:52:15 |
|  | 2019-07-16 14:11:03 |
|  | 2019-07-15 23:40:10 |
|  | 2019-07-08 02:51:13 |
| 72.184.21.60 | 2019-11-05 18:59:34 |
|  | 2019-11-02 20:32:47 |
|  | 2019-11-02 20:21:47 |
|  | 2019-11-02 20:05:56 |
|  | 2019-11-02 19:05:38 |
|  | 2019-11-02 18:51:35 |
|  | 2019-11-02 18:24:27 |

146912104.2

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-02 16:44:06 |
| | 2019-11-02 16:37:13 |
| | 2019-11-02 16:18:13 |
| | 2019-11-02 16:07:48 |
| | 2019-11-02 16:00:15 |
| | 2019-11-02 15:45:27 |
| | 2019-11-02 15:36:13 |
| | 2019-11-02 15:28:34 |
| | 2019-11-02 12:29:34 |
| | 2019-11-02 05:03:09 |
| | 2019-11-02 04:46:22 |
| 35.138.208.113 | 2019-09-13 21:12:21 |
| | 2019-09-13 23:37:51 |
| | 2019-10-13 21:08:23 |
| | 2019-10-13 22:56:08 |
| | 2019-10-13 23:29:42 |
| | 2019-11-28 20:02:37 |
| 35.138.196.255 | 2019-10-30 03:39:02 |
| | 2019-10-30 10:31:06 |
| | 2019-10-31 05:00:46 |
| | 2019-10-31 12:45:57 |
| | 2019-10-31 16:45:12 |
| | 2019-11-01 05:08:43 |
| | 2019-11-01 12:49:21 |

- 5 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-01 22:35:50 |
| | 2019-11-02 02:49:25 |
| | 2019-11-02 12:11:52 |
| | 2019-11-03 05:33:43 |
| | 2019-11-03 14:16:35 |
| | 2019-11-04 06:10:46 |
| | 2019-11-04 14:35:03 |
| | 2019-11-04 20:04:15 |
| | 2019-11-05 06:12:46 |
| | 2019-11-05 13:46:20 |
| | 2019-11-05 18:03:54 |
| | 2019-11-06 06:12:44 |
| | 2019-11-06 11:31:33 |
| | 2019-11-06 15:19:16 |
| | 2019-11-06 17:14:13 |
| | 2019-11-06 17:23:47 |
| | 2019-11-07 13:26:52 |
| | 2019-11-07 17:47:44 |
| | 2019-11-08 13:21:22 |
| | 2019-11-09 05:02:21 |
| | 2019-11-09 15:32:14 |
| | 2019-11-10 01:14:08 |
| | 2019-11-10 14:29:58 |
| | 2019-11-10 19:14:11 |

- 6 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-10 19:22:37 |
| | 2019-11-11 06:07:34 |
| | 2019-11-11 14:07:45 |
| | 2019-11-12 02:19:04 |
| | 2019-11-12 06:24:50 |
| | 2019-11-12 14:43:31 |
| | 2019-11-12 17:04:33 |
| | 2019-11-12 19:23:49 |
| | 2019-11-12 19:47:54 |
| | 2019-11-13 05:59:43 |
| | 2019-11-13 07:38:04 |
| | 2019-11-13 08:07:58 |
| | 2019-11-13 08:37:57 |
| | 2019-11-13 09:08:09 |
| | 2019-11-13 09:38:00 |
| | 2019-11-13 10:08:06 |
| | 2019-11-13 10:38:05 |
| | 2019-11-13 11:08:06 |
| | 2019-11-13 11:30:35 |
| | 2019-11-13 11:35:38 |
| | 2019-11-13 15:14:31 |
| | 2019-11-14 00:52:36 |
| | 2019-11-14 06:41:43 |
| | 2019-11-14 13:32:50 |

- 7 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-14 17:59:00 |
| | 2019-11-15 13:34:16 |
| | 2019-11-15 23:40:21 |
| | 2019-11-16 06:37:41 |
| | 2019-11-16 06:45:59 |
| | 2019-11-16 14:28:31 |
| | 2019-11-17 16:56:48 |
| | 2019-11-18 07:15:01 |
| | 2019-11-18 11:34:13 |
| | 2019-11-18 15:19:50 |
| | 2019-11-18 18:01:15 |
| | 2019-11-19 13:34:04 |
| | 2019-11-19 18:14:14 |
| | 2019-11-20 00:59:49 |
| | 2019-11-20 10:54:08 |
| | 2019-11-20 11:25:41 |
| | 2019-11-20 14:36:28 |
| | 2019-11-20 16:03:35 |
| | 2019-11-21 06:54:37 |
| | 2019-11-21 13:12:09 |
| | 2019-11-21 18:05:56 |
| | 2019-11-22 06:57:36 |
| | 2019-11-22 13:49:19 |
| | 2019-11-22 15:51:12 |

- 8 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-23 00:39:12 |
| | 2019-11-23 02:32:15 |
| | 2019-11-23 13:53:23 |
| | 2019-11-23 16:53:43 |
| | 2019-11-24 05:07:40 |
| | 2019-11-24 14:44:23 |
| | 2019-11-25 02:08:17 |
| | 2019-11-25 05:26:24 |
| | 2019-11-25 06:53:38 |
| | 2019-11-25 11:26:14 |
| | 2019-11-25 16:10:55 |
| | 2019-11-26 13:45:08 |
| | 2019-11-26 14:01:13 |
| | 2019-11-26 14:23:03 |
| | 2019-11-26 18:12:45 |
| | 2019-11-27 03:31:23 |
| | 2019-11-27 16:12:49 |
| | 2019-11-27 20:36:24 |
| | 2019-11-27 20:45:58 |
| | 2019-11-28 02:02:05 |
| | 2019-11-28 20:02:37 |
| | 2019-11-29 02:54:01 |
| | 2019-11-29 17:07:56 |
| | 2019-11-29 17:08:05 |

146912104.2

- 9 -

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-11-29 22:29:17 |
| | 2019-11-30 14:23:09 |
| | 2019-12-01 04:13:22 |
| | 2019-12-01 09:20:40 |
| | 2019-12-01 14:40:36 |
| | 2019-12-02 13:56:01 |
| | 2019-12-02 20:48:55 |
| | 2019-12-03 06:58:42 |
| | 2019-12-03 13:37:38 |
| | 2019-12-03 14:59:05 |
| | 2019-12-03 17:58:25 |
| | 2019-12-03 20:10:34 |
| | 2019-12-04 14:20:10 |
| | 2019-12-05 14:16:52 |
| | 2019-12-05 14:23:11 |
| | 2019-12-06 14:45:21 |
| | 2019-12-06 20:21:06 |
| | 2019-12-06 23:48:27 |
| | 2019-12-07 00:43:00 |
| | 2019-12-07 14:02:13 |
| | 2019-12-07 17:15:24 |
| | 2019-12-08 03:28:53 |
| | 2019-12-08 14:26:23 |
| | 2019-12-08 16:51:55 |

| IP Address | Date & Time (UTC) |
|---|---|
| | 2019-12-08 23:57:58 |
| | 2019-12-09 14:01:16 |
| | 2019-12-09 17:08:24 |
| | 2019-12-09 19:53:16 |
| | 2019-12-10 02:03:28 |
| | 2019-12-10 13:33:15 |
| | 2019-12-10 15:54:48 |
| | 2019-12-11 14:21:38 |
| | 2019-12-12 00:23:07 |
| | 2019-12-12 05:40:13 |
| | 2019-12-12 05:40:39 |
| | 2019-12-12 15:28:27 |
| | 2019-12-12 15:28:45 |
| | 2019-12-12 17:44:50 |
| | 2019-12-12 17:44:57 |
| | 2019-12-12 22:38:26 |
| | 2019-12-12 22:39:49 |
| | 2019-12-13 05:38:38 |
| | 2019-12-13 14:28:01 |
| | 2019-12-14 00:42:31 |
| | 2019-12-14 14:33:30 |
| | 2019-12-15 00:41:28 |
| | 2019-12-15 14:33:07 |
| | 2019-12-15 21:44:02 |

- 11 -

| IP Address | Date & Time (UTC) |
|---|---|
|  | 2019-12-16 14:35:25 |
|  | 2019-12-16 17:06:26 |

# Exhibit B

## **EXHIBIT A**

1.  All documents sufficient to identify a name, physical address, telephone number, email address, and any other personal identifying information for; type of device used for access; and transaction logs involving the subscriber associated with the following IP addresses at the listed dates and times:

| IP Address | Date & Time (UTC) |
|---|---|
| 174.250.224.120 | 2019-11-02 14:44:42 |
| | 2019-11-02 14:36:08 |
| | 2019-11-02 14:03:37 |
| | 2019-11-02 13:49:36 |
| | 2019-11-02 13:45:16 |
| 174.250.224.174 | 2019-10-30 18:12:32 |
| | 2019-10-30 14:34:42 |
| 174.250.240.83 | 2019-11-02 03:08:59 |
| | 2019-11-02 01:59:50 |
| 174.253.161.92 | 2019-10-31 00:41:20 |

# Exhibit C

## **EXHIBIT A**

1. All basic subscriber information for the Google account ripthereaper117@gmail.com, including the account holder's name; physical address; email address; secondary or recovery email address; records of session times and duration including logs of IP addresses; length of service including the account start date; and any other subscriber number or identity including any temporarily assigned network address.

2. All basic subscriber information for the Google account jr20836@gmail.com, including the account holder's name; physical address; email address; secondary or recovery email address; records of session times and duration including logs of IP addresses; length of service including the account start date; and any other subscriber number or identity including any temporarily assigned network address.

146912156.2