|   |   |
|---|---|
| 1 | THE HONORABLE MARSHA J. PECHMAN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN/JANE DOES 1–3,<br><br>Defendants. | No. 2:19-cv-1911<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ADDITIONAL DISCOVERY |

ORDER
(No. 2:19-cv-1911) – 1

146437536.1

# ORDER

Before the Court is Plaintiff The Pokémon Company International, Inc.'s ("TPCi") *Ex Parte* Motion for Additional Discovery. Having considered TPCi's Motion and all other pleadings and papers on file in this matter, this Court GRANTS the Motion. TPCi may serve subpoenas on Charter Communications Inc., Verizon Wireless, and Google before the Parties' Federal Rule of Civil Procedure 26(f) conference. TPCi may also serve follow-up subpoenas based on the information provided by Charter Communications Inc., Verizon Wireless, and Google that are necessary to identify the Doe defendants without seeking additional leave from the Court.

**IT IS SO ORDERED.**

Dated this 30th day of January, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

Presented by,

ORDER
(No. 2:19-cv-1911) – 2

146437536.1

| | |
|---|---|
| 1 | s/*Holly M. Simpkins*<br>Holly M. Simpkins, WSBA No. 33297 |
| 2 | Lauren W. Staniar, WSBA No. 48741 |
| 3 | Jacob P. Dini, WSBA No. 54115<br>**Perkins Coie LLP** |
| 4 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099 |
| 5 | Telephone:  206.359.8000<br>Facsimile:  206.359.9000 |
| 6 | E-mail:  hsimpkins@perkinscoie.com<br>E-mail:  lstaniar@perkinscoie.com |
| 7 | E-mail:  jdini@perkinscoie.com |
| 8 | Attorneys for Plaintiff<br>The Pokémon Company International, Inc. |

ORDER
(No. 2:19-cv-1911) – 3

146437536.1