THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE POKÉMON COMPANY
INTERNATIONAL, INC., a Delaware
corporation,

                            Plaintiff,

        v.

JOHN/JANE DOES 1–3,

                            Defendants.

No. 19-cv-1911MJP

ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND THE DEADLINES
FOR SERVICE & THE JOINT STATUS
REPORT

ORDER
(No. 2:19-cv-1911) – 1

147114175.2

1

## ORDER

2    Before the Court is Plaintiff The Pokémon Company International, Inc.'s ("TPCi")

3 Motion to Extend the Deadlines for Service & the Joint Status Report.  Having considered the

4 motion, all relevant pleadings, and the papers filed in support of and in opposition, if any, to the

5 motion, this Court GRANTS the Motion.

6    The deadline for TPCi to serve Defendants is extended 90 days to May 20, 2020.  The

7 deadline for the Joint Status Report is extended 90 days to June 1, 2020, and all Joint Status

8 Report-related deadlines are extended accordingly.

9    **IT IS SO ORDERED.**

10    Dated this 18th day of February, 2020.

11

12

13

14                                    _____
                                      Marsha J. Pechman
15                                    United States District Judge

16

17

18 Presented by,

19 s/*Holly M. Simpkins*
   Holly M. Simpkins, WSBA No. 33297
20 Lauren W. Staniar, WSBA No. 48741
   Jacob P. Dini, WSBA No. 54115
21 **Perkins Coie LLP**
   1201 Third Avenue, Suite 4900
22 Seattle, WA  98101-3099
   Telephone:  206.359.8000
23 Facsimile:  206.359.9000
   E-mail:  hsimpkins@perkinscoie.com
24 E-mail:  lstaniar@perkinscoie.com
   E-mail:  jdini@perkinscoie.com
25
26 Attorneys for Plaintiff
   The Pokémon Company International, Inc.

[PROPOSED] ORDER
 (No. 2:19-cv-1911) – 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER
(No. 2:19-cv-1911) – 3