THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN/JANE DOES 1–3,<br><br>　　　　　　　　Defendants. | No. 19-cv-1911MJP<br><br>PLAINTIFF THE POKÉMON COMPANY INTERNATIONAL, INC.'S NOTICE OF VOLUNTARY DISMISSAL AS TO DOE 2 (DISCORD USER DIMENSIONZ) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
(No. 19-cv-1911MJP) – 1

147060617.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff The Pokémon Company International, Inc. ("TPCi"), hereby dismisses this action against Doe 2 (Discord user DimensioNz), whose identity the parties have agreed to keep confidential.

DATED this 21st day of February, 2020.

*s/ Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: hsimpkins@perkinscoie.com
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

Attorneys for Plaintiff
The Pokémon Company International, Inc.

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
(No. 19-cv-1911MJP) – 2
147060617.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000