AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>*Plaintiff(s)*<br>v.<br>BRYAN GARCIA CRUZ, an individual,<br><br>*Defendant(s)* | Civil Action No. 2:19-cv-01911-MJP |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bryan Garcia Cruz
5509 LEGACY CRESCENT PL, UNIT 302
RIVERVIEW FL 33578-2818

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Holly M. Simpkins
Lauren W. Staniar
Jacob P. Dini
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/27/2020

*Signature of Clerk or Deputy Clerk*