THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>Defendant. | No. 19-cv-1911MJP<br><br>DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DEADLINES FOR SERVICE & THE JOINT STATUS REPORT |

I, Holly M. Simpkins, declare as follows:

1. I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff, The Pokémon Company International, Inc. ("TPCi"). I submit this declaration in support of TPCi's Motion to Extend the Deadlines for Service and the Joint Status Report. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

2. After the images of the Strategy Guide were leaked, TPCi investigated the Discord servers to identify the key players, hired an outside forensic investigator to assist in its search for the source, and used open-source search engines in an attempt to identify the leakers.

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION TO EXTEND DEADLINES
(No. 2:19-cv-1911MJP) – 1

148143522.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. On March 27, 2020, a packet of documents was sent at my direction via U.S. mail and email to Defendant Bryan Garcia Cruz. The packet included a request to waive service of a summons, copies of the Amended Complaint, Civil Case Coversheet, Summons, Rule 7.1 Corporate Disclosure Statement for TPCi, several orders affecting the case schedule, and the docket report.

4. In late April and early May, I exchanged emails with Mr. Cruz regarding the request to waive service. Mr. Cruz claimed he signed and returned the waiver. As of the date of this motion, however, TPCi has not received the signed waiver of service.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Leavenworth, Washington this 7th day of May, 2020.

*s/* Holly M. Simpkins
Holly M. Simpkins

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION TO EXTEND DEADLINES
(No. 2:19-cv-1911MJP) – 2

148143522.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000