THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>　　　　　　　　Defendant. | No. 19-cv-1911MJP<br><br>PLAINTIFF THE POKÉMON COMPANY INTERNATIONAL, INC.'S MOTION TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT & RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>July 31, 2020 |

Plaintiff, The Pokémon Company International, Inc. ("TPCi"), moves this Court under Federal Rule of Civil Procedure 6(b)(1) for a 60-day extension of the deadline for the parties to file a Joint Status Report and all associated deadlines.

## I. BACKGROUND

Defendant Bryan Garcia Cruz leaked more than a dozen images from TPCi's *Pokémon Sword and Shield: The Official Galar Region Strategy Guide* ("Strategy Guide"), which TPCi created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. TPCi sued then-anonymous John/Jane Doe Defendants on November 22, 2019. Dkt. No. 1. On March 26, 2020, TPCi amended its complaint to name Mr. Cruz. Dkt. No. 17. The next day, TPCi sent a letter to Mr. Cruz requesting that he waive service. Mr. Cruz

MOTION TO EXTEND DEADLINES
(No. 19-cv-1911MJP) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

148923493.2

returned the waiver of service on May 15, 2020, and TPCi filed it on May 18, 2020. Dkt. No. 22.

Since then, TPCi and Mr. Cruz have been engaged in discussions regarding the leaked Strategy Guide images, how others may have been involved in the leaks, and prospects for settlement. Declaration of Jacob P. Dini ("Dini Decl.") ¶ 2. These discussions are ongoing. In addition, as TPCi continues to learn more about the leaked images from Mr. Cruz, it may seek leave to name an additional defendant. TPCi seeks a 60-day extension of the deadline for the Joint Status Report and associated deadlines to allow time for these productive discussions to continue.

## II. ARGUMENT

A motion to extend the deadline for the Joint Status Report and related activities may be granted for good cause. *See* Fed. R. Civ. P. 6(b)(1). Good cause exists here. The Joint Status Report is due July 31, 2020. Dkt. No. 21. TPCi and Mr. Cruz continue to engage in good faith discussions regarding the leaked Strategy Guide images and the possibility of settlement. Because these discussions are ongoing and may lead to the ultimate resolution of this dispute with respect to Mr. Cruz and/or identification of another defendant, it would be premature to hold a Case Management Conference, serve initial disclosures, or submit a Joint Status Report. Accordingly, in the interest of justice and to enhance judicial efficiency and preserve resources, TPCi respectfully requests that the deadline for the Joint Status Report be extended approximately 60 days to September 29, 2020, with all related deadlines to be extended accordingly.

## III. CONCLUSION

For the foregoing reasons, TPCi respectfully requests that the Court grant TPCi's motion for a 60-day extension of the deadline to submit the Joint Status Report and all related deadlines.

MOTION TO EXTEND DEADLINES
(No. 19-cv-1911MJP) – 2

148923493.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1 | DATED this 22nd day of July, 2020. |
| 2 | |
| 3 | |

DATED this 22nd day of July, 2020.

*s/ Jacob P. Dini*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

Attorneys for Plaintiff
The Pokémon Company International, Inc.

MOTION TO EXTEND DEADLINES
(No. 19-cv-1911MJP) – 3

148923493.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000