THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>Defendant. | No. 19-cv-1911MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT & RELATED DEADLINES |

[PROPOSED] ORDER
(No. 2:19-cv-1911MJP) – 1

149557405.2

**[PROPOSED] ORDER**

Before the Court is Plaintiff The Pokémon Company International, Inc.'s ("TPCi") Motion to Extend the Deadline for the Joint Status Report & Related Deadlines.  Having considered the motion, all relevant pleadings, and the papers filed in support of and in opposition, if any, to the motion, this Court GRANTS the Motion.

The deadline for the Joint Status Report is extended 90 days to January 4, 2021, and all Joint Status Report-related deadlines are extended accordingly.

**IT IS SO ORDERED.**

Dated this ___ day of September, 2020.

 

_____
The Honorable Marsha J. Pechman
United States District Judge

Presented by,

*s/ Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

Attorneys for Plaintiff
The Pokémon Company International, Inc.

[PROPOSED] ORDER
(No. 2:19-cv-1911MJP) – 2

149557405.2