THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC. a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>　　　　　　Defendant. | No. 19-cv-1911MJP<br><br>DECLARATION OF HOLLY M. SIMPKINS IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT & RELATED DEADLINES |

I, Holly M. Simpkins, declare as follows:

　　1.　　I am an attorney licensed to practice law before the courts of the State of Washington. I am a Partner at Perkins Coie LLP, and counsel in this action for Plaintiff, The Pokémon Company International, Inc. ("TPCi"). I submit this declaration in support of TPCi's Motion to Extend the Deadline for the Joint Status Report & Related Deadlines. I have personal knowledge of the facts stated herein and, if called upon, could and would testify competently thereto under oath.

　　2.　　Since Mr. Cruz returned the waiver of service, TPCi and Mr. Cruz have been engaged in discussions regarding the leaked Strategy Guide images, how others may have been involved in the leaks, and prospects for settlement.

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION TO EXTEND DEADLINES
(No. 19-cv-1911MJP) – 1

149557334.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

3. TPCi is moving its investigation forward, recently reaching out to an entity that may have additional information.

4. The ongoing COVID-19 pandemic has made the investigation of this matter much more difficult than initially anticipated.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of September, 2020.

*s/ Holly M. Simpkins*
Holly M. Simpkins

SIMPKINS DECL. ISO PLAINTIFF'S
MOTION TO EXTEND DEADLINES
(No. 2:19-cv-1911MJP) – 2

149557334.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000