THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>　　　　　　　Defendant. | No. 19-cv-1911MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

[PROPOSED] ORDER
(No. 2:19-cv-1911MJP) – 1

150032311.2

**[PROPOSED] ORDER**

Before the Court is Plaintiff The Pokémon Company International, Inc.'s Motion for Leave to File Second Amended Complaint.  Having considered the motion, all relevant pleadings, and the papers filed in support of and in opposition to the motion, if any, this Court GRANTS the Motion.

**IT IS SO ORDERED.**

Dated this ___ day of November, 2020.

_____
The Honorable Marsha J. Pechman
United States District Judge

Presented by,

*s/ Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

*Attorneys for Plaintiff*
*The Pokémon Company International, Inc.*