THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual,<br><br>Defendant. | No. 19-cv-1911MJP<br><br>PRAECIPE TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

TO THE CLERK OF THE COURT:

There was an error in the Certificate of Service attached to the Motion for Leave to File Second Amended Complaint, Dkt. 29. Attached to this praecipe is the Motion for Leave to File Second Amended Complaint, with a corrected Certificate of Service. Plaintiff respectfully requests that the Clerk replace Dkt. 29 with the attached, corrected motion.

PRAECIPE TO MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
(No. 2:19-cv-1911MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | | |
|---|---|---|
| 1 | Dated: November 5, 2020 | Respectfully submitted, |
| 2 | | *s/ Holly M. Simpkins* |
| | | Holly M. Simpkins, WSBA No. 33297 |
| 3 | | Lauren W. Staniar, WSBA No. 48741 |
| 4 | | Jacob P. Dini, WSBA No. 54115 |
| | | **Perkins Coie LLP** |
| | | 1201 Third Avenue, Suite 4900 |
| | | Seattle, WA  98101-3099 |
| | | Telephone:  206.359.8000 |
| | | Facsimile:  206.359.9000 |
| | | E-mail:  hsimpkins@perkinscoie.com |
| | | E-mail:  lstaniar@perkinscoie.com |
| | | E-mail:  jdini@perkinscoie.com |
| | | |
| | | *Attorneys for Plaintiff* |
| | | *The Pokémon Company International, Inc.* |

PRAECIPE TO MOTION FOR LEAVE TO
FILE SECOND AMENDED COMPLAINT
(No. 2:19-cv-1911MJP) – 2
150060468.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000