THE HONORABLE MARSHA J. PECHMAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE POKÉMON COMPANY
INTERNATIONAL, INC., a Delaware
corporation,

                    Plaintiff,

          v.

BRYAN GARCIA CRUZ, an individual,

                    Defendant.

No. 19-cv-1911MJP

ORDER GRANTING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT

ORDER
(No. 2:19-cv-1911MJP) – 1

150032311.2

**ORDER**

Before the Court is Plaintiff The Pokémon Company International, Inc.'s Motion for

Leave to File Second Amended Complaint.  Having considered the motion, all relevant

pleadings, and the papers filed in support of and in opposition to the motion, if any, this Court

GRANTS the Motion.

**IT IS SO ORDERED.**

Dated this 24th day of November,

2020.

The Honorable Marsha J. Pechman
United States District Judge

Presented by,

*s/ Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

*Attorneys for Plaintiff*
*The Pokémon Company International, Inc.*

ORDER
(No. 2:19-cv-1911MJP) – 2

150032311.2