# Exhibit 1



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640014343198474304
Capture timestamp (UTC): Mon, 18 Nov 2019 23:15:50 GMT
Page 1 of 1

# Exhibit 2



Document title: 20191101_222209.jpg (1634×2179)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640014255499903016/20191101_222209.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:19:02 GMT

# Exhibit 3



REDACTED

Exhibit 4



Document title: 20191101_215918.jpg (2932×1650)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640014634715185166/20191101_215918.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:19:38 GMT

Exhibit 5



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640015784080441364
Capture timestamp (UTC): Mon, 18 Nov 2019 23:21:10 GMT
Page 1 of 1

# Exhibit 6



Document title: received_403732917245387.jpeg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640015708654403594/received_403732917245387.jpeg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:21:23 GMT

Exhibit 7



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640017995602591754
Capture timestamp (UTC): Mon, 18 Nov 2019 23:21:44 GMT
Page 1 of 1

Exhibit 8



Document title: received_524674288356317.jpeg (4032x3024)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640017913557942276/received_524674288356317.jpeg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:21:55 GMT
Page 1 of 1

Exhibit 9



r/Pokemon    pokemon_leaks    ... 2019-11-01

### Channel messages

2:47 AM **Apple Farmer Louise** 😊 🍎 I'm doing Sobble still for my main file

2:47 AM **Lanth** wolfen says scorbunnys final evo is the best looking

2:47 AM **aqua** the person who design sobble evo shouldbe fired man

2:47 AM **Merpire** Where is the source for these confirmations that didn't come from the leaker who we know actually has the game and didn't post the 3rd evos??

2:47 AM **DimensioNz** https://cdn.discordapp.com/attachments/640013788346581024/640019158205202462/20191101_224635.jpg

2:47 AM **Destroyer** Choosing grookey

2:47 AM **Sophie** Tbh i dont use starters more than i have to so i dont care much

2:47 AM **YesPlume** *I will named my grookey boi "Buffie daddy"*

2:48 AM **Sophie** Holy shit

2:48 AM **Duh** FUCK

### Search results — 259 Results    Newest    Oldest    Most Relevant

**WolfenX** 11/02/2019
Well

**DimensioNz** 11/02/2019
since people still think theyre fake

**WolfenX** 11/02/2019
They r real

**Merpire** 11/02/2019
Where is the source for these confirmations

**DimensioNz** 11/02/2019
https://cdn.discordapp.com/attachments/640013788346581024/640019158205202462/20191101_224635.jpg

**Destroyer** 11/02/2019
Choosing grookey

**Jelloboy** 11/02/2019
post more things in the book pliz

**DimensioNz** 11/02/2019
all images are from @WolfenX , i'm posting for him

**Apple Farmer Louise** 😊 🍎 11/02/2019
That's Hop's Pokemon

**aqua** 11/02/2019
MACHAMP

**DimensioNz** 11/02/2019
LOL

You're Viewing Older ...    Jump To Present ∨

You do not have permission to send mess...

Slowmode is enabled. ⏱

Try setting a custom status!

REDACTED

Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640019214513733632
Capture timestamp (UTC): Mon, 18 Nov 2019 23:22:30 GMT
Page 1 of 1

Exhibit 10



Document title: 20191101_224635.jpg (2117×1253)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640019158205202462/20191101_224635.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:22:43 GMT

Page 1 of 1

Exhibit 11



REDACTED

Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640022913944387605
Capture timestamp (UTC): Mon, 18 Nov 2019 23:23:06 GMT

Page 1 of 1

Exhibit 12



Document title: 20191101_230114.jpg (1837×2536)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640022829290487838/20191101_230114.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:23:18 GMT

Exhibit 13



REDACTED

Exhibit 14



Document title: received_531856524319805.jpeg (910x683)
Capture URL: https://media.discordapp.net/attachments/640013788346581024/640025762145239061/received_531856524319805.jpeg?width=910&amp;height=683
Capture timestamp (UTC): Mon, 18 Nov 2019 23:23:54 GMT
Page 1 of 1

Exhibit 15



r/Pokemon    #pokemon_leaks    2019-11-01

r/Pokemon

▸ # rules

▸ 🔔 announcements   1

   # affiliated_servers

▸ # server_help

▾ EVENTS

▸ # sweet_n_sour

   # 20_million_trees

▸ # drawtumn-chat

# pokemon_leaks 👤

▾ GENERAL

▸ # general_chat

▸ # off_topic

▸ # bot_spam

▸ # arts_and_crafts

   # self_promo

▾ FRANCHISE

▸ # pokemon_gaming

▸ # pokemon_go_series

Try setting a custom status!

REDACTED

---

**3:29 AM Seymour**

SO sorry to hear
I wasn't what
you were looking
for, truly, my
condolences.
Who knows? Maybe
they could still be
fake like the incine-
oh, oops. Bad example.
Don't worry, surely
gamefreak hears your
cries for a cool
water starter.
Just a few more
years until next
gen, no?

3:29 AM **redacted** if there were eeveelutions i think theyd be revealed by now tbh

3:29 AM **Laneyun1465** Bug/Fire... Nice.

3:29 AM **WolfenX** Its on the way

3:30 AM **CindyTheDeer** lmao seymour

3:30 AM **DimensioNz** https://cdn.discordapp.com/attachments/640013788346581024/640029769634938890/20191101_232815.jpg

3:30 AM **YesPlume** Lol

You're Viewing Older ...    Jump To Present ⌄

You do not have permission to send mess...

Slowmode is enabled. ⏱

---

259 Results    Newest   **Oldest**   Most Relevant

**AlexDeoxys** 11/02/2019
MYM IN SMASHHH

**CindyTheDeer** 11/02/2019

**DimensioNz** 11/02/2019
well wolfen is the only one leaking currently

**Laneyun1465** 11/02/2019
Whoever post on Twitter, plz remov Wolfen

**Lanth** 11/02/2019
its cinderace

**DimensioNz** 11/02/2019
nah it's not

**Wooloo** 11/02/2019
Race as in the bunny tortoise race

**CindyTheDeer** 11/02/2019
lmao seymour

**DimensioNz** 11/02/2019
https://cdn.discordapp.com/attachments/640013788346581024/640029769634938890/20191101_232815.jpg

**YesPlume** 11/02/2019
Lol

‹   Page 2 of 11   ›

Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640029825549074443
Capture timestamp (UTC): Mon, 18 Nov 2019 23:24:20 GMT

Page 1 of 1

Exhibit 16



Document title: 20191101_232815.jpg (849×1132)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640029769634938890/20191101_232815.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:24:31 GMT

Exhibit 17



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640031748557766676
Capture timestamp (UTC): Mon, 18 Nov 2019 23:24:53 GMT
Page 1 of 1

Exhibit 18



Document title: 20191101_232823.jpg (1834×2445)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640031651698835465/20191101_232823.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:25:05 GMT

Exhibit 19



**r/Pokemon** › pokemon_leaks

#pokemon_leaks

› # rules
🔔 announcements ①
# affiliated_servers
› # server_help

▾ EVENTS
› # sweet_n_sour
# 20_million_trees
› # drawtumn-chat
#¹ pokemon_leaks

▾ GENERAL
› # general_chat
› # off_topic
› # bot_spam
› # arts_and_crafts
# self_promo

▾ FRANCHISE
› # pokemon_gaming
› # pokemon_go_series

Try setting a custom status!
REDACTED

3:41 AM **tealeafin** not to be pushy but if you're going back to look at this giga fella...

3:41 AM **_Justus_** I'm going to end up with no starter this gen.

3:41 AM **.CosmicTurnip** @Silvereyes good luck brother

3:41 AM **Destroyer** 4%

3:41 AM **Prism** Keep ot coming

3:41 AM **Laneyun1465** We gonna be here all night lol

3:41 AM **Silvereyes** @.CosmicTurnip , luck?

3:41 AM **DimensioNz** https://cdn.discordapp.com/attachments/640013788346581024/640032683795415090/20191101_233924.jpg

3:41 AM **Corrin** don't worry

3:41 AM **JustAGuy** @WolfenX I'm not mad because this is exactly what I would do if I was in your position

3:41 AM **.CosmicTurnip** There's so much

You're Viewing Older ... **Jump To Present** ⌄

You do not have permission to send mes...

Slowmode is enabled. ⏱

259 Results | Newest | **Oldest** | Most Relevant

**free** 11/02/2019
Says eyeballs

**Laneyun1465** 11/02/2019
*LONG BOI INSTENTIFIES*

**DimensioNz** 11/02/2019
which one were you going to post?

**CindyTheDeer** 11/02/2019
@YesPlume centiskorch

**Silvereyes** 11/02/2019
@.CosmicTurnip , luck?

**DimensioNz** 11/02/2019
https://cdn.discordapp.com/attachments/640013788346581024/640032683795415090/20191101_233924.jpg

**Corrin** 11/02/2019
don't worry

**Lanth** 11/02/2019
tbh eternatus would be a bigger reveal than

**DimensioNz** 11/02/2019
https://cdn.discordapp.com/attachments/640013788346581024/64003402223976448/received_481182559417470.jpeg

**Seymour** 11/02/2019
what the fuck

Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640032813759856661
Capture timestamp (UTC): Mon, 18 Nov 2019 23:25:26 GMT
Page 1 of 1

Exhibit 20



Document title: 20191101_233924.jpg (1659×2211)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640032683795415090/20191101_233924.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:25:39 GMT

Exhibit 21



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640034122022125579
Capture timestamp (UTC): Mon, 18 Nov 2019 23:26:01 GMT
Page 1 of 1

Exhibit 22



Document title: received_481182559417470.jpeg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640034022239764480/received_481182559417470.jpeg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:26:18 GMT

Exhibit 23



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640035227221098496
Capture timestamp (UTC): Mon, 18 Nov 2019 23:26:37 GMT

Page 1 of 1

Exhibit 24



Document title: received_448472265874454.jpeg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640013788346581024/640035078520700959/received_448472265874454.jpeg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:26:48 GMT
Page 1 of 1

Exhibit 25



Exhibit 26



Document title: 20191101_225103.jpg (410×683)
Capture URL: https://media.discordapp.net/attachments/640013788346581024/640036376867241984/20191101_225103.jpg?width=410&amp;height=683
Capture timestamp (UTC): Mon, 18 Nov 2019 23:27:34 GMT

Exhibit 27



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640040114340495380
Capture timestamp (UTC): Mon, 18 Nov 2019 23:27:57 GMT
Page 1 of 1

Exhibit 28



Document title: received_2159118154396066.jpg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640032230605062175/640040067875995688/received_2159118154396066.jpg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:28:08 GMT

Exhibit 29



Exhibit 30



Document title: received_530592911051808.jpeg (3024×4032)
Capture URL: https://media.discordapp.net/attachments/640013788346581024/640042964319600662/received_530592911051808.jpeg
Capture timestamp (UTC): Mon, 18 Nov 2019 23:28:37 GMT

Exhibit 31



#pokemon_leaks

3:00 PM **this really woos my loos** oh SHIT wolfen is back

3:01 PM **Thomas "Spooky" Geistwoods** @this really woos my loos we failed to answer his question

3:01 PM **Dr. Stoned** Can't believe its not Grookong but it would probably too easy.

3:01 PM **Shuckle** Yeah whats his pfp?

3:01 PM **JustAGuy** Intelleon's the kinda guy to have your back at a bar to make you look cool

3:01 PM **The "No Fun" Demon** Could someone pls post a pic of Intelleon

3:01 PM **Uxinator** https://cdn.discordapp.com/attachments/640201685641461879/640203709720297472/20191102_105345.jpg

3:01 PM **WolfenX** Im sad that no one guessed Alberius name

3:01 PM **Lando Fando** who

3:01 PM **Melon-y** 🍈 wait what

3:01 PM **this really woos my loos** who?

3:01 PM **Shuckle** Can we guess whos that pokemom instead

3:01 PM **WolfenX** Im sad that i couldnt show new gigas

**You're Viewing Older Messages** — Jump To Present ⌄

**Join this server to add it to your list and start...** — Back — Join Server

Slowmode is enabled. ⏱

---

Newest | Oldest | Most Relevant

4 Results

#pokemon_leaks

**Shuckle** 11/02/2019
Can we guess whos that

**WolfenX** 11/02/2019
Im sad that i couldnt show new gigas

**Dr. Stoned** 11/02/2019
Are they really mono type?

**Uxinator** 11/02/2019
https://cdn.discordapp.co

**WolfenX** 11/02/2019
Im sad that no one guessed Alberius name

**Lando Fando** 11/02/2019
who

**WolfenX** 11/02/2019
:(

**WolfenX** 11/02/2019
Im sad

**Lando Fando** 11/02/2019
Your character is too

**Slap M'cheeks ★ DeVito**

---

Try setting a custom status!

...leaks
REDACTED

Exhibit 32



Document title: 20191102_105345.jpg (2544×3024)
Capture URL: https://cdn.discordapp.com/attachments/640201685641461879/640203709720297472/20191102_105345.jpg
Capture timestamp (UTC): Tue, 19 Nov 2019 23:09:26 GMT

Exhibit 33



Exhibit 34



Document title: 20191102_131324.jpg (1726×2266)
Capture URL: https://cdn.discordapp.com/attachments/640201685641461879/640237108107149345/20191102_131324.jpg
Capture timestamp (UTC): Tue, 19 Nov 2019 23:15:25 GMT

Exhibit 35



Exhibit 36



Document title: received_411033609565394.jpeg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640201685641461879/640241291099242526/received_411033609565394.jpeg
Capture timestamp (UTC): Tue, 19 Nov 2019 23:20:56 GMT

Exhibit 37



Document title: #pokemon_leaks
Capture URL: https://discordapp.com/channels/111504456838819840/492620227281158144/640249000229863464
Capture timestamp (UTC): Tue, 19 Nov 2019 23:22:07 GMT
Page 1 of 1

Exhibit 38



Document title: received_435373527359876.jpeg (3024×4032)
Capture URL: https://cdn.discordapp.com/attachments/640201685641461879/640248758851862548/received_435373527359876.jpeg
Capture timestamp (UTC): Tue, 19 Nov 2019 23:22:37 GMT