THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT & RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR:<br>January 27, 2021 |

WHEREAS on November 22, 2019, Plaintiffs, The Pokémon Company International, Inc. ("TPCi"), filed a lawsuit against, then-anonymous, John/Jane Does 1-3;

WHEREAS on March 26, 2020, Plaintiffs TPCi filed an Amended Complaint naming Bryan Garcia Cruz, an individual, as Defendant;

WHEREAS on November 25, 2020, Plaintiffs TPCi filed a Second Amended Complaint naming an additional Defendant, David Andino Maisonave, an individual;

WHEREAS on March 24, 2020, Mr. Cruz signed a Waiver of the Service of Summons;

WHEREAS on December 5, 2020, the Second Amended Complaint was personally served on Mr. Andino;

STIPULATED MOTION AND ORDER (No. 19-cv-1911MJP) – 1

151152504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

WHEREAS the deadline to file the Joint Status Report is February 3, 2021;

WHEREAS TPCi is engaged in settlement discussions with Mr. Andino and Mr. Cruz;

NOW THEREFORE Plaintiffs and Defendants stipulate to the following schedule:

1. The Parties agree to, and with the Court's permission shall, exchange initial disclosures no later than **March 5, 2021**.

2. The Parties agree to, and with the Court's permission shall, file their Joint Status Report no later than **March 5, 2021**.

DATED: January 27, 2021

By: *s/Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: hsimpkins@perkinscoie.com
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

By:_____
Bryan Garcia Cruz
5509 Legacy Crescent Place, Unit 302
Riverview, FL 33578-2818

*Defendant*

By:_____
David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*Defendant*

STIPULATED MOTION AND ORDER (No. 19-cv-1911MJP) – 2

151152504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

Pursuant to the parties' stipulation, it is so ordered.

DATED: January 28, 2021

_____
Marsha J. Pechman
United States Senior District Judge

Presented by:

*s/Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

*Attorneys for Plaintiff,*
*The Pokémon Company International, Inc.*

STIPULATED MOTION AND ORDER (No. 19-cv-1911MJP) – 3

151152504.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000