THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE FOR THE JOINT STATUS REPORT & RELATED DEADLINES<br><br>NOTE ON MOTION CALENDAR: MARCH 4, 2021 |

WHEREAS on November 22, 2019, Plaintiffs, The Pokémon Company International, Inc. ("TPCi"), filed a lawsuit against, then-anonymous, John/Jane Does 1-3;

WHEREAS on March 26, 2020, Plaintiffs TPCi filed an Amended Complaint naming Bryan Garcia Cruz, an individual, as Defendant;

WHEREAS on November 25, 2020, Plaintiffs TPCi filed a Second Amended Complaint naming an additional Defendant, David Andino Maisonave, an individual;

WHEREAS on March 24, 2020, Mr. Cruz signed a Waiver of the Service of Summons;

WHEREAS on December 5, 2020, the Second Amended Complaint was personally served on Mr. Andino;

STIPULATED MOTION AND [PROPOSED] ORDER (No. 19-cv-1911MJP) – 1

151651166.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

WHEREAS on January 28, 2021 the Court extended the Joint Status Report deadline to March 5, 2021.

WHEREAS TPCi continues to engage in settlement discussions with Mr. Andino and Mr. Cruz;

NOW THEREFORE Plaintiffs and Defendants stipulate to the following schedule:

1. The Parties agree to, and with the Court's permission shall, exchange initial disclosures no later than **April 19, 2021**.

2. The Parties agree to, and with the Court's permission shall, file their Joint Status Report no later than **April 19, 2021**.

DATED: March __4__, 2021

By: *s/Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: hsimpkins@perkinscoie.com
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

By: [signature - DocuSigned]
Bryan Garcia Cruz
5509 Legacy Crescent Place, Unit 302
Riverview, FL 33578-2818

*Defendant*

By: [signature]
David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*Defendant*

STIPULATED MOTION AND [PROPOSED] ORDER (No. 19-cv-1911MJP) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

151651166.1

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is so ordered.

DATED: _____, 2021

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented by:
*s/Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
E-mail:  hsimpkins@perkinscoie.com
E-mail:  lstaniar@perkinscoie.com
E-mail:  jdini@perkinscoie.com

*Attorneys for Plaintiff,*
*The Pokémon Company International, Inc.*

STIPULATED MOTION AND [PROPOSED] ORDER (No. 19-cv-1911MJP) – 3

151651166.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000