THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 2:19-cv-01911-MJP<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

TO:  CLERK OF THE COURT;

AND TO:  ALL PARTIES AND ATTORNEYS OF RECORD

Notice is hereby given pursuant to LCR 83.2(b)(3) that Holly M. Simpkins hereby withdraws as counsel of record for Plaintiff, The Pokémon Company International, Inc. ("TPCi") in this action.  TPCi's remaining counsel, Jacob P. Dini and Lauren W. Staniar will continue to represent TPCi.

NOTICE OF WITHDRAWAL OF COUNSEL - 1
(No. 2:19-cv-01911-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: March 11, 2021

*s/Holly M. Simpkins*
Holly M. Simpkins, WSBA No. 33297

*s/Lauren W. Staniar*
Lauren W. Staniar, WSBA No. 48741

*s/Jacob P. Dini*
Jacob P. Dini, WSBA No. 54115

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: hsimpkins@perkinscoie.com
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

NOTICE OF WITHDRAWAL OF COUNSEL - 2
(No. 2:19-cv-01911-MJP)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000