THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>JOINT STATUS REPORT |

On March 4, 2021, the Court extended the parties deadline to file a Joint Status Report to April 19, 2021. Dkt. No. 41. In the Order, the Court indicated that there would be no further extensions. Since that date, Plaintiff, The Pokémon Company International, Inc. ("TPCi") and Defendants David Andino Maisonave and Bryan Garcia Cruz have been actively discussing settlement and are close to final agreement on almost all terms. The parties anticipate it will take fourteen (14) days to complete the negotiations, finalize the settlement and execute the settlement documents. If the parties are unable to finalize the settlement, TPCi will request entry of default against both Defendants on or before May 3, 2021.

JOINT STATUS REPORT (No. 19-cv-1911MJP)
-1

152220688.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: April 19, 2021

By: /s/ Jacob P. Dini
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: hsimpkins@perkinscoie.com
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

By: [signature]
Bryan Garcia Cruz
5509 Legacy Crescent Place, Unit 302
Riverview, FL 33578-2818

*Defendant*

By: [signature]
David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*Defendant*

JOINT STATUS REPORT (No. 19-cv-1911MJP) – 2

152220688.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing Joint Status Report to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on April 19, 2021:

Bryan Garcia Cruz
5509 Legacy Crescent Pl., Unit 302
Riverview, FL 33578-2818

David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*s/Jenna DeRosier*
Jenna DeRosier
Legal Practice Assistant

CERTIFICATE OF SERVICE
(No. 19-cv-1911MJP) – 1

150512912.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000