THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>　　　　　　　　Defendants. | No. 2:19-cv-01911-MJP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT DAVID ANDINO MAISONAVE** |

TO:　　The Honorable Marsha J. Pechman

　　　Notice is hereby given that Plaintiff The Pokémon Company International, Inc. and Defendant David Andino Maisonave have reached a settlement in the above-captioned matter. Plaintiff and Mr. Andino represent that final stipulated order(s) resolving this action between these two parties will be filed within the next thirty (30) days. In anticipation of settlement, the parties request that the Court strike the upcoming deadlines between these parties.

NOTICE OF SETTLEMENT AS TO DAVID ANDINO MAISONAVE - 1
(No. 2:19-cv-01911-MJP)
LEGAL152376780.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| 1  DATED: May 3, 2021 | |
| 2 | *s/Jacob P. Dini* |
|   | Lauren W. Staniar, WSBA No. 48741 |
| 3 | Jacob P. Dini, WSBA No. 54115 |
| 4 | **Perkins Coie LLP** |
|   | 1201 Third Avenue, Suite 4900 |
| 5 | Seattle, WA  98101-3099 |
|   | Telephone: 206.359.8000 |
| 6 | Facsimile: 206.359.9000 |
|   | E-mail:  LStaniar@perkinscoie.com |
| 7 | E-mail:  JDini@perkinscoie.com |
| 8 | *Attorneys for Plaintiff, The Pokémon Company International, Inc.* |

NOTICE OF SETTLEMENT AS TO DAVID
ANDINO MAISONAVE - 2
(No. 2:19-cv-01911-MJP)

LEGAL152376780.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000