THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>　　　　　　　Defendants. | No. 2:19-cv-01911-MJP<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT BRYAN GARCIA CRUZ** |

TO:　　The Honorable Marsha J. Pechman

　　　Notice is hereby given that Plaintiff The Pokémon Company International, Inc. and Defendant Bryan Garcia Cruz have reached a settlement in the above-captioned matter. Plaintiff and Mr. Cruz represent that final stipulated order(s) resolving this action between these two parties will be filed within the next thirty (30) days. In anticipation of settlement, the parties request that the Court strike the upcoming deadlines between these parties.

NOTICE OF SETTLEMENT AS TO BRYAN
GARCIA CRUZ - 1
(No. 2:19-cv-01911-MJP)
LEGAL152389017.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

| | |
|---|---|
| DATED: May 4, 2021 | *s/Jacob P. Dini*<br>Lauren W. Staniar, WSBA No. 48741<br>Jacob P. Dini, WSBA No. 54115<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>E-mail:  LStaniar@perkinscoie.com<br>E-mail:  JDini@perkinscoie.com<br><br>*Attorneys for Plaintiff, The Pokémon Company International, Inc.* |

NOTICE OF SETTLEMENT AS TO BRYAN GARCIA CRUZ - 2
(No. 2:19-cv-01911-MJP)

LEGAL152389017.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing Notice of Settlement as to Defendant Bryan Garcia Cruz to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on May 4, 2021:

Bryan Garcia Cruz
5509 Legacy Crescent Pl., Unit 302
Riverview, FL 33578-2818

David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*s/Jenna DeRosier*
Jenna DeRosier
Legal Assistant

CERTIFICATE OF SERVICE
(No. 19-cv-1911MJP) – 1

150512912.2