THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br> v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>     Defendants. | No. 19-cv-1911MJP<br><br>PLAINTIFF'S MOTION TO EXTEND DEADLINE TO REOPEN CASE OR IN THE ALTERNATIVE TO REOPEN<br><br>NOTE ON MOTION CALENDAR:<br>June 11, 2021 |

   Plaintiff The Pokémon Company International, Inc. ("TPCi") moves to extend the deadline to reopen the above-captioned case by twenty one days, or in the alternative to reopen the case, to allow additional time for the parties to execute the settlement documents, which include a stipulated injunction and stipulated judgment, and fulfill an initial term of the settlement, and submit the stipulated injunction and stipulated judgment to the Court.

   On May 3, 2021, the TPCi and Defendant David Andino Maisonave notified the Court that they had reached a settlement in this matter.  Dkt. No. 44.  The following day, TPCi and Defendant Brian Garcia Cruz notified the Court that they too had reached a settlement in principle.  Dkt. No. 45.  The Court then dismissed this action with prejudice, but provided that

PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO REOPEN OR TO REOPEN (No.
19-cv-1911MJP) – 1
152682470.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1   "[i]n the event that settlement is not perfected, any party may move to reopen the case, provided

2   that such motion is filed within" thirty days of this order.  Dkt. No. 47.

3        As indicated in the Notice of Settlement, the parties have reached a settlement as to all

4   terms.  Since that time, the parties have also agreed to the language in the settlement documents,

5   which will include a stipulated judgment, stipulated injunction and a dismissal, with prejudice.

6   Declaration of Jacob P. Dini ("Dini Decl.") ¶ 2.  Defendants are pro se, and the parties require

7   additional time to execute the respective settlement documents and fulfill an initial term of the

8   settlement.  *Id.*  Because this motion is being made within thirty days of the Court's May 7, 2021

9   order (Dkt. No. 47), TPCi therefore requests that the Court extend the deadline to reopen the case

10  by twenty one days, or in the alternative reopen the case, to allow the parties time to execute the

11  settlement documents and submit the permanent injunction and stipulated judgment to the Court.

12

13       DATED: June 3, 2021

14

15                                      By:  *s/Jacob P. Dini*
                                        Lauren W. Staniar, WSBA No. 48741
16                                      Jacob P. Dini, WSBA No. 54115
                                        Perkins Coie LLP
17                                      1201 Third Avenue, Suite 4900
                                        Seattle, WA  98101-3099
18                                      Telephone:  206.359.8000
                                        Facsimile:  206.359.9000
19                                      E-mail:  LStaniar@perkinscoie.com
                                        E-mail:  JDini@perkinscoie.com
20

21                                      *Attorneys for Plaintiff, The Pokémon*
                                        *Company International, Inc.*
22

23

24

25

26

PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO REOPEN OR TO REOPEN
(No. 19-cv-1911MJP) – 2
152682470.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1

## **CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that they served a copy of the foregoing Motion to

3

Extend Deadline to Reopen Case or in the Alternative to Reopen, Declaration of Jacob P. Dini in

4

support of Motion to Extend Deadline to Reopen Case or in the Alternative to Reopen and

5

Proposed Order to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on

6

June 3, 2021:

7

8

      Bryan Garcia Cruz
      5509 Legacy Crescent Pl., Unit 302

9

      Riverview, FL 33578-2818

10

      David Andino Maisonave
      221 W Laurel Street

11

      Willard, OH 44890-1342

12

13

                              *s/Jenna DeRosier*
                              Jenna DeRosier

14

                              Legal Assistant

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. 19-cv-1911MJP) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000