THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>　　　　　　Defendants. | No. 19-cv-1911MJP<br><br>PLAINTIFF'S MOTION TO REOPEN FOR LIMITED PURPOSE OF ENTERING STIPULATED PERMANENT INJUNCTIONS AND JUDGMENTS<br><br>NOTE ON MOTION CALENDAR:<br>June 11, 2021 |

　　　　Plaintiff The Pokémon Company International, Inc. ("TPCi") moves to reopen the above-captioned case for the limited purpose of submitting the stipulated injunctions and stipulated judgments to the Court, attached hereto as Exhibits 1 and 2.

　　　　On May 3, 2021, the TPCi and Defendant David Andino Maisonave notified the Court that they had reached a settlement in this matter. Dkt. No. 44. The following day, TPCi and Defendant Brian Garcia Cruz notified the Court that they too had reached a settlement in principle. Dkt. No. 45. The Court then dismissed this action with prejudice, but provided that "[i]n the event that settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within" thirty days of this order. Dkt. No. 47. On June 3, 2021,

PLAINTIFF'S MOTION TO REOPEN FOR LIMITED PURPOSE (No. 19-cv-1911MJP) – 1

152766572.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Plaintiffs moved to extend the deadline to reopen the case, or in the alternative to reopen the case in order to have additional time to execute the settlement documents. Dkt. No. 48. That motion is noted on the calendar for June 11, 2021. *Id.* Since Plaintiff's June 3 motion, the parties have executed the settlement documents and fulfilled the required initial terms of those agreements.

TPCi therefore respectfully requests that this Court grant its motion to reopen the case to enter the stipulated injunctions and stipulated judgments. Upon the entry of the stipulation injunctions and stipulated judgments, the case will be dismissed against all defendants with prejudice.

DATED: June 10, 2021

By: *s/Jacob P. Dini*
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: LStaniar@perkinscoie.com
E-mail: JDini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

PLAINTIFF'S MOTION TO REOPEN FOR LIMITED PURPOSE (No. 19-cv-1911MJP) – 2

152766572.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that they served a copy of the foregoing Motion to Reopen for Limited Purpose of Entering Stipulated Permanent Injunctions and Judgments to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm, on June 10, 2021:

Bryan Garcia Cruz
5509 Legacy Crescent Pl., Unit 302
Riverview, FL 33578-2818

David Andino Maisonave
221 W Laurel Street
Willard, OH 44890-1342

*s/Jenna DeRosier*
Jenna DeRosier
Legal Assistant

CERTIFICATE OF SERVICE
(No. 19-cv-1911MJP) – 1

152766572.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000