# EXHIBIT 1

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION |

Plaintiff The Pokémon Company International, Inc. ("TPCi") and Defendant Bryan Garcia Cruz ("Defendant"), hereby stipulate as follows:

1. TPCi brought suit against Defendant for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq*.

2. The Second Amended Complaint alleges that defendant David Andino Maisonave ("Mr. Andino") stole trade secrets from TPCi by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Mr. Andino shared the illicit

STIPULATION FOR ENTRY OF JUDGMENT
AND PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 1
152468424.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

pictures of the Strategy Guide with a friend who also knew Defendant. Defendant's friend shared the pictures of the Strategy Guide in a group chat that included Defendant. Defendant then posted the pictures taken by Mr. Andino on the Internet.

    3.    In the Second Amended Complaint, TPCi sought monetary damages among other relief.

    4.    The parties have agreed to the entry of a Stipulated Judgment against Defendant, in the form reflected in Exhibit A attached hereto. The parties have agreed to the entry of a Stipulated Permanent Injunction in the form reflected in Exhibit B attached hereto.

IT IS SO STIPULATED.

DATED:   June 10 , 2021

By: s/ Jacob P. Dini
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff, The Pokémon Company International, Inc.*

By: (DocuSigned by: 5B93E7198EC04CD...)
Bryan Garcia Cruz
5509 Legacy Crescent Pl.
Riverview, FL 33578-2818

*Defendant*

STIPULATION FOR ENTRY OF JUDGMENT
AND PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 2
152468424.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS:**

1. This is an action for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq.*

2. The Second Amended Complaint alleges that defendant David Andino Maisonave ("Mr. Andino") stole trade secrets from TPCi by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Mr. Andino shared the illicit pictures of the Strategy Guide with a friend who also knew Defendant. Defendant's friend

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 1

152468424.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

shared the pictures of the Strategy Guide in a group chat that included Defendant.  Defendant then posted the pictures taken by Mr. Andino on the Internet.

3. In the Second Amended Complaint, TPCi sought monetary damages, among other relief.

4. The Court has jurisdiction over the subject matter of the federal claim under 28 U.S.C. § 1331 and 18 U.S.C. § 1836(c) because the claim arises under the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, *et seq*.  The Court has supplemental jurisdiction over the related state law claim under 28 U.S.C. § 1367(a).

6. Venue is proper in this Court under 28 U.S.C. § 1391.

7. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Judgment.

## JUDGMENT

Based on the Parties' stipulation, judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq*. and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq*.  Defendant is liable to Plaintiff for $150,000 in monetary damages, attorneys' fees and costs.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Judgment is final and may not be appealed by either party.  The Court shall retain jurisdiction for the purposes of construing, modifying, and enforcing this Judgment.

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 2

152468424.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  **IT IS SO ORDERED.**

2

3  DATED: _____, 2021

4

5                                 THE HONORABLE MARSHA J. PECHMAN

6                                 United States District Judge

7

8  Presented by:
  s/ Jacob P. Dini

9  Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115

10 Perkins Coie LLP
1201 Third Avenue, Suite 4900

11 Seattle, WA  98101-3099
Telephone:  206.359.8000

12 Facsimile:  206.359.9000
E-mail:  lstaniar@perkinscoie.com

13 E-mail:  jdini@perkinscoie.com

14

15 *Attorneys for Plaintiff,*
*The Pokémon Company International, Inc.*

16

17

18

19

20

21

22

23

24

25

26

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

152468424.1

# EXHIBIT B

152468424.1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED PERMANENT INJUNCTION |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS:**

1. This is an action for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq*. and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq*.

2. The Second Amended Complaint alleges that defendant David Andino Maisonave ("Mr. Andino") stole trade secrets from TPCi by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Mr. Andino shared the illicit pictures of the Strategy Guide with a friend who also knew Defendant. Defendant's friend

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 1

152468424.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

shared the pictures of the Strategy Guide in a group chat that included Defendant.  Defendant then posted the pictures taken by Mr. Andino on the Internet.

3. The Court has jurisdiction over the subject matter of the federal claim under 28 U.S.C. § 1331 and 18 U.S.C. § 1836(c) because the claim arises under the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, *et seq*.  The Court has supplemental jurisdiction over the related state law claim under 28 U.S.C. § 1367(a).

4. Venue is proper in this Court under 28 U.S.C. § 1391.

5. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Injunction.

## INJUNCTION

Based on the Stipulation of the Parties, Defendant is enjoined as follows:

A. Defendant will not access, use, disclose, disseminate or misappropriate TPCi's confidential and trade secret information.

B. Defendant will not aid, assist or support, in any way, any other person or entity in undertaking the actions described in Paragraph A above.

## BINDING EFFECT

IT IS FURTHER ORDERED that this Injunction shall be binding upon and inure to the benefit of the parties and all successors, assigns, parent entities, subsidiaries, officers, directors, members, shareholders, distributors, agents, affiliates, and all other persons who are in active concert or participation with anyone described herein, who receive actual notice of this Injunction by personal service or otherwise.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Injunction is final and may not be appealed by either party.  The Court shall retain jurisdiction for the purposes of construing, modifying, and enforcing this Permanent Injunction.

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 2

152468424.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1     **IT IS SO ORDERED.**

2

3     DATED: _____, 2021

4

5                                       THE HONORABLE MARSHA J. PECHMAN

6                                       United States District Judge

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 3

152468424.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000