UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKEMON COMPANY INTERNATIONAL, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ and DAVID ANDINO MAISONAVE,<br><br>Defendants. | CASE NO. C19-1911 MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS TO EXTEND DEADLINE AND TO REOPEN |

This matter comes before the Court on Plaintiff's motion to extend the deadline to reopen this proceeding or, in the alternative, to reopen the proceeding, (Dkt. No. 48), and Plaintiff's motion to reopen the proceeding to enter stipulated judgments (Dkt. No. 49).

Plaintiff advised the Court on May 3 and May 4, 2021 that it had reached settlements with both Defendants in this case. (Dkt. Nos. 44, 45.) On May 7, the Court dismissed this proceeding with prejudice and without costs, but provided that any party could move within thirty (30) days to reopen if settlement was not perfected. (Dkt. No. 47.) On June 3, Plaintiff timely moved to extend that deadline or, in the alternative, to reopen the proceeding. (Dkt. No.

48.) That motion was noted for June 11. On June 10, before the Court had ruled on the pending motion, Plaintiff filed a second motion, to reopen for the limited purpose of entering stipulated judgments and permanent injunctions. (Dkt. No. 49.)

Having considered the motions and all relevant proceedings, the Court GRANTS the motion to extend (Dkt. No. 48) and the motion to reopen (Dkt. No. 49). The stipulated judgments and permanent injunctions submitted with Plaintiff's motion to reopen are hereby SO ORDERED (Dkt. No. 49, Ex. 1 & Ex. 2). This proceeding is DISMISSED with prejudice and without costs.

The clerk is ordered to provide copies of this order to Plaintiff's counsel and to both Defendants.

Dated June 17, 2021.

Marsha J. Pechman
United States Senior District Judge