THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,

Plaintiff,

v.

BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,

Defendants.

No. 19-cv-1911MJP

STIPULATION FOR ENTRY OF JUDGMENT AND PERMANENT INJUNCTION

Plaintiff The Pokémon Company International, Inc. ("TPCi") and Defendant David Andino Maisonave ("Defendant"), hereby stipulate as follows:

1. TPCi brought suit against Defendant for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq.*

2. The Second Amended Complaint alleges that Defendant stole trade secrets from TPCi by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Defendant had access to the Strategy Guide as an employee of LSC

STIPULATION FOR ENTRY OF JUDGMENT
AND PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 1
151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  Communications US, LLC ("LSC Communications"), a company hired to print copies of the
2  Strategy Guide. While at LSC Communications' facility, Defendant took pictures of TPCi's
3  unreleased Strategy Guide on or about November 1, 2019. Defendant shared the illicit pictures
4  of the Strategy Guide with a friend who also knew defendant Bryan Garcia Cruz ("Mr. Cruz").
5  Defendant's friend shared the pictures of the Strategy Guide in a group chat that included Mr.
6  Cruz. Mr. Cruz then posted the pictures taken by Defendant on the Internet.

7      3.   In the Second Amended Complaint, TPCi sought monetary damages among other
8  relief.

9      4.   The parties have agreed to the entry of a Stipulated Judgment against Defendant,
10 in the form reflected in Exhibit A attached hereto. The parties have agreed to the entry of a
11 Stipulated Permanent Injunction in the form reflected in Exhibit B attached hereto.

12 IT IS SO STIPULATED.

13 DATED:   June 10, 2021

14
15 By: s/ Jacob P. Dini                              By: _____
   Lauren W. Staniar, WSBA No. 48741                 David Andino Maisonave
16 Jacob P. Dini, WSBA No. 54115                     221 W Laurel Street
   Perkins Coie LLP                                  Willard, OH 44890-1342
17 1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099                            *Defendant*
18 Telephone: 206.359.8000
   Facsimile: 206.359.9000
19 E-mail: lstaniar@perkinscoie.com
20 E-mail: jdini@perkinscoie.com

21 *Attorneys for Plaintiff, The Pokémon
   Company International, Inc.*
22
23
24
25
26

STIPULATION FOR ENTRY OF JUDGMENT                    **Perkins Coie LLP**
AND PERMANENT INJUNCTION                             1201 Third Avenue, Suite 4900
(No. 19-cv-1911MJP) – 2                              Seattle, WA 98101-3099
151443920.2                                          Phone: 206.359.8000
                                                     Fax: 206.359.9000

# EXHIBIT A

151443920.2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS:**

1. This is an action for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq.*

2. The Second Amended Complaint alleges that Defendant stole trade secrets from Plaintiff The Pokémon Company International ("TPCi" or "Plaintiff") by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Defendant had access to the Strategy Guide as an employee of LSC Communications US, LLC ("LSC Communications"), a company hired to print copies of the Strategy Guide. While at LSC

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 1

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Communications' facility, Defendant took pictures of TPCi's unreleased Strategy Guide on or about November 1, 2019. Defendant shared the illicit pictures of the Strategy Guide with a friend who also knew defendant Bryan Garcia Cruz ("Mr. Cruz"). Defendant's friend shared the pictures of the Strategy Guide in a group chat that included Mr. Cruz. Mr. Cruz then posted the pictures taken by Defendant on the Internet.

3. In the Second Amended Complaint, TPCi sought monetary damages, among other relief.

4. The Court has jurisdiction over the subject matter of the federal claim under 28 U.S.C. § 1331 and 18 U.S.C. § 1836(c) because the claim arises under the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, *et seq*. The Court has supplemental jurisdiction over the related state law claim under 28 U.S.C. § 1367(a).

6. Venue is proper in this Court under 28 U.S.C. § 1391.

7. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Judgment.

## JUDGMENT

Based on the Parties' stipulation, judgment is entered in favor of Plaintiff and against Defendant on Plaintiff's claims for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq*. Defendant is liable to Plaintiff for $150,000 in monetary damages, attorneys' fees and costs.

## RETENTION OF JURISDICTION

IT IS FURTHER ORDERED that this Judgment is final and may not be appealed by either party. The Court shall retain jurisdiction for the purposes of construing, modifying, and enforcing this Judgment.

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 2

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**IT IS SO ORDERED.**

DATED: June 17, 2021

THE HONORABLE MARSHA J. PECHMAN
United States District Judge

Presented by:
s/ Jacob P. Dini
Lauren W. Staniar, WSBA No. 48741
Jacob P. Dini, WSBA No. 54115
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: lstaniar@perkinscoie.com
E-mail: jdini@perkinscoie.com

*Attorneys for Plaintiff,*
*The Pokémon Company International, Inc.*

STIPULATED JUDGMENT
(No. 19-cv-1911MJP) – 3

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN GARCIA CRUZ, an individual, and DAVID ANDINO MAISONAVE, an individual,<br><br>Defendants. | No. 19-cv-1911MJP<br><br>STIPULATED PERMANENT INJUNCTION |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

**FINDINGS AND CONCLUSIONS:**

1. This is an action for violations of the Defend Trade Secrets Act, 18 U.S.C. § 1832, *et seq.* and the Washington Uniform Trade Secrets Act, RCW 19.108.010 *et seq.*

2. The Second Amended Complaint alleges that Defendant stole trade secrets from Plaintiff The Pokémon Company International ("TPCi" or "Plaintiff") by taking illicit pictures of pages from an unreleased strategy guide (the "Strategy Guide") created to accompany the release of two highly anticipated video games, Pokémon Sword and Pokémon Shield. Defendant had access to the Strategy Guide as an employee of LSC Communications US, LLC ("LSC

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 1

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Communications"), a company hired to print copies of the Strategy Guide. While at LSC Communications' facility, Defendant took pictures of TPCi's unreleased Strategy Guide on or about November 1, 2019. Defendant shared the illicit pictures of the Strategy Guide with a friend who also knew defendant Bryan Garcia Cruz ("Mr. Cruz"). Defendant's friend shared the pictures of the Strategy Guide in a group chat that included Mr. Cruz. Mr. Cruz then posted the pictures taken by Defendant on the Internet.

3. The Court has jurisdiction over the subject matter of the federal claim under 28 U.S.C. § 1331 and 18 U.S.C. § 1836(c) because the claim arises under the Defend Trade Secrets Act, 18 U.S.C. §§ 1832, *et seq*. The Court has supplemental jurisdiction over the related state law claim under 28 U.S.C. § 1367(a).

4. Venue is proper in this Court under 28 U.S.C. § 1391.

5. The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Injunction.

## INJUNCTION

Based on the Stipulation of the Parties, Defendant is enjoined as follows:

A. Defendant will not access, use, disclose, disseminate or misappropriate TPCi's confidential and trade secret information.

B. Defendant will not aid, assist or support, in any way, any other person or entity in undertaking the actions described in Paragraph A above.

## BINDING EFFECT

IT IS FURTHER ORDERED that this Injunction shall be binding upon and inure to the benefit of the parties and all successors, assigns, parent entities, subsidiaries, officers, directors, members, shareholders, distributors, agents, affiliates, and all other persons who are in active concert or participation with anyone described herein, who receive actual notice of this Injunction by personal service or otherwise.

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 2

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**RETENTION OF JURISDICTION**

IT IS FURTHER ORDERED that this Injunction is final and may not be appealed by either party. The Court shall retain jurisdiction for the purposes of construing, modifying, and enforcing this Permanent Injunction.

**IT IS SO ORDERED.**

DATED: _June 17_, 2021

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Judge

STIPULATED PERMANENT INJUNCTION
(No. 19-cv-1911MJP) – 3

151443920.2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000